John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 853-5490
Facsimile:  (702) 227-1975
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MEDARC, LLC, as Collection Agent for Jeffrey H. Mims, Trustee of the Liquidating Trust of Revolution Monitoring, LLC, Revolution Monitoring Management, LLC, and Revolution Neuromonitoring, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UMR, INC. SUCCESSOR TO COMMONWEALTH ADMINISTRATORS, LLC, a Wisconsin limited liability company; WPS, a Wisconsin corporation; CARE IMPROVEMENT PLUS GROUP MANAGEMENT, LLC, a Texas limited liability company; TRIWEST HEALTHCARE ALLIANCE CORP., an Arizona corporation; CULINARY HEALTH FUND ADMINISTRATIVE SERVICES, LLC, a Nevada limited liability company; BOON-CHAPMAN BENEFIT ADMINISTRATORS, INC., a Texas corporation; HEALTH PLAN OF NEVADA INC., a Nevada corporation; SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC., a Nevada corporation; TEACHERS HEALTH TRUST, a Nevada corporation; TELLIGEN INC, an Iowa corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT HEALTH AND WELFARE TRUST, a Nevada corporation; | CASE NO.: 2:21-cv-00286-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS [ECF NO. 7] (FIRST REQUEST)** |

1

|   |   |
|---|---|
| 1 | SOUTHWEST SERVICE ADMINISTRATORS INC, a Tennessee corporation; LOOMIS BENEFITS, INC., a Nevada corporation; DOES 1-10, inclusive; and ROE CORPORATIONS 1-10, inclusive, |
| 2 | |
| 3 | |
| 4 | Defendants. |
| 5 | |

6  **IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN** Plaintiff

7  MEDARC, LLC, as Collection Agent for Jeffrey H. Mims, Trustee of the Liquidating Trust of

8  Revolution Monitoring, LLC, Revolution Monitoring Management, LLC, and Revolution

9  Neuromonitoring, LLC ("Plaintiff") and Defendants UMR, Inc., CARE Improvement Plus Group

10 Management, LLC, HealthPlan of Nevada Inc., and Sierra Health and Life Insurance Company,

11 Inc. (collectively "Defendants") (collectively "the Parties"), by and through their undersigned

12 counsel, to extend the deadline for Plaintiff to respond to Defendants' Motion to Dismiss

13 ("Motion") (ECF No. 7) by 14 days from March 12, 2021 to March 26, 2021.  The Motion was

14 filed on February 26, 2021.  This is the first stipulation for an extension of time to respond to the

15 Motion.  This request is not intended to cause delay or prejudice any party.

16  **NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and between the

17 Parties that the time for Plaintiff to respond to Defendants' Motion to Dismiss is extended to

18 March 26, 2021.

19 ///

20 ///

21 ///

22 ///

23 ///

24

| | |
|---|---|
| Dated this 4th day of March, 2021. | Dated this 4th day of March, 2021. |
| **ALDRICH LAW FIRM, LTD.** | **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC** |
| /s/ John P. Aldrich<br>John P. Aldrich, Esq.<br>Nevada Bar No. 6877<br>Catherine Hernandez, Esq.<br>Nevada Bar No. 8410<br>7866 West Sahara Avenue<br>Las Vegas, NV 89117<br>Telephone: (702) 853-5490<br>Facsimile:  (702) 227-1975<br>*Attorneys for Plaintiff* | /s/ Ryan T. Gormley<br>Ryan T. Gormley<br>Nevada Bar No. 13494<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, NV 89118<br>(702) 938-3838<br><br>Andrew G. Jubinsky (pro hac vice pending)<br>Texas Bar No. 11043000<br>Don Colleluori (pro hac vice forthcoming)<br>Texas Bar No. 4581950<br>Amber D. Reece (pro hac vice forthcoming)<br>Texas Bar No. 24079892<br>FIGARI + DAVENPORT, LLP<br>901 Main Street, Suite 3400<br>Dallas, TX 75202<br>(214) 939-2000<br><br>*Attorneys for Defendants UMR, Inc., Successor to Commonwealth Administrators, LLC; CARE Improvement Plus Group Management, LLC; HealthPlan of Nevada Inc.; and Sierra Health and Life Insurance Company, Inc.* |

**ORDER**

**IT IS SO ORDERED.**

Dated this __4__ day of March, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Respectfully submitted by:

**ALDRICH LAW FIRM, LTD.**

/s/ John P. Aldrich
John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
7866 West Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*