MARK J. CONNOT (10010)
REX D. GARNER (9401)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Tel: (702) 262-6899
Fax: 702-597-5503
mconnot@foxrothschild.com
rgarner@foxrothschild.com
*Attorneys for Defendant TriWest Healthcare Alliance Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MEDARC, LLC, as Collection Agent for Jeffrey H. Mims, Trustee of the Liquidating Trust of Revolution Monitoring, LLC, Revolution Monitoring Management, LLC, and Revolution Neuromonitoring, LLC, | Case No.: 2:21-cv-00286-GMN-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |
| UMR, INC. SUCCESSOR TO COMMONWEALTH ADMINISTRATORS, LLC, a Wisconsin limited liability company; WPS, a Wisconsin corporation; CARE IMPROVEMENT PLUS GROUP MANAGEMENT, LLC, a Texas limited liability company; TRIWEST HEALTHCARE ALLIANCE CORP., an Arizona corporation; CULINARY HEALTH FUND ADMINISTRATIVE SERVICES, LLC, a Nevada limited liability company; BOONCHAPMAN BENEFIT ADMINISTRATORS, INC., a Texas corporation; HEALTH PLAN OF NEVADA INC., a Nevada corporation; SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC., a Nevada corporation; TEACHERS HEALTH TRUST, a Nevada corporation; TELLIGEN INC., an Iowa corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT HEALTH AND WELFARE TRUST, a Nevada corporation; SOUTHWEST SERVICE ADMINISTRATORS INC., a Tennessee corporation; LOOMIS BENEFITS, INC., a Nevada corporation; DOES 1-10, inclusive; and ROE CORPORATIONS 1-10, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN** MEDARC, LLC, as Collection Agent for Jeffrey H. Mims, Trustee of the Liquidating Trust of Revolution Monitoring, LLC, Revolution Monitoring Management, LLC, and Revolution Neuromonitoring, LLC ("MEDARC") and Defendant TriWest Healthcare Alliance Corporation ("TriWest") (together the "Parties"), by and through their undersigned counsel, as follows:

1. MEDARC filed its original complaint in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-20-821973-C, on September 25, 2020.

2. On February 19, 2021, Defendants UMR, Inc., Car Improvement Plus Group Management, LLC, HealthPlan of Nevada Inc., and Sierra Health and Life Insurance Company, Inc. filed a Notice of Removal to the United States District Court, District of Nevada. [ECF No. 1].

3. The deadline for TriWest to respond to MEDARC's Complaint is, by agreement, currently March 12, 2021.

4. The Parties have agreed to extend the deadline for TriWest to respond to MEDARC's Complaint by 28 days. This request is not intended to cause delay or prejudice any party.

5. The Parties respectfully request this extension in order to explore early resolution of TriWest's involvement in the litigation.

//
//
//
//
//
//
//
//
//
//

2

1    **NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and between the

2   Parties that the time for TriWest to respond to MEDARC's Complaint is extended to April 9,

3   2021.

4   DATED this 4th day of March, 2021.          DATED this 4th day of March, 2021.

5   **FOX ROTHSCHILD LLP**                       **ALDRICH LAW FIRM, LTD.**

6

7   */s/ Rex D. Garner*                          */s/ Catherine Hernandez*
    MARK J. CONNOT (10010)                       JOHN P. ALDRICH (6877)

8   REX D. GARNER (9401)                         CATHERINE HERNANDEZ (8410)
    1980 Festival Plaza Drive, Suite 700         7866 West Sahara Avenue

9   Las Vegas, Nevada 89135                      Las Vegas, Nevada 89117
    Tel: (702) 262-6899                          Tel: (702) 853-5490

10  Fax: 702-597-5503                            Fax: (702) 227-1975
    mconnot@foxrothschild.com                    *Attorneys for Plaintiff*

11  rgarner@foxrothschild.com
    *Attorneys for Defendant TriWest Healthcare*

12  *Alliance Corporation*

13

14

15

16  **IT IS SO ORDERED**

17  _____

18  ~~UNITED STATES DISTRICT JUDGE/~~
    **UNITED STATES MAGISTRATE JUDGE**

19
    **DATED:** March 5, 2021

20

21

22

23

24

25

26

27

28

                                        3

120000434