# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MEDARC, LLC,

    Plaintiff(s),

v.

UMR, INC., et al.,

    Defendant(s).

Case No. 2:21-cv-00286-GMN-NJK

**Order**

Pending before the Court is a joint status report indicating that "[t]he parties will schedule an initial Fed. R. Civ. P. 26(f) conference for a date as soon as practicable once all of the properly served parties have had an opportunity to respond to the Complaint." Docket No. 34 at 3. This plan of action contravenes the local rules, which provide that a Rule 26(f) conference must "be held within 30 days after the first defendant answers or otherwise appears." Local Rule 26-1(a). To the extent the parties included their statement in the joint status report as a request to extend the deadline to hold the Rule 26(f) conference, such request is **DENIED**.

IT IS SO ORDERED.

Dated: March 25, 2021

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge