John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 853-5490
Facsimile:  (702) 227-1975
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MEDARC, LLC, as Collection Agent for Jeffrey H. Mims, Trustee of the Liquidating Trust of Revolution Monitoring, LLC, Revolution Monitoring Management, LLC, and Revolution Neuromonitoring, LLC,<br><br>     Plaintiff,<br><br>vs.<br><br>UMR, INC. SUCCESSOR TO COMMONWEALTH ADMINISTRATORS, LLC, a Wisconsin limited liability company; WPS, a Wisconsin corporation; CARE IMPROVEMENT PLUS GROUP MANAGEMENT, LLC, a Texas limited liability company; TRIWEST HEALTHCARE ALLIANCE CORP., an Arizona corporation; CULINARY HEALTH FUND ADMINISTRATIVE SERVICES, LLC, a Nevada limited liability company; BOON-CHAPMAN BENEFIT ADMINISTRATORS, INC., a Texas corporation; HEALTH PLAN OF NEVADA INC., a Nevada corporation; SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC., a Nevada corporation; TEACHERS HEALTH TRUST, a Nevada corporation; TELLIGEN INC, an Iowa corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT HEALTH AND WELFARE TRUST, a Nevada corporation; | CASE NO.: 2:21-cv-00286-GMN-NJK<br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS [ECF NO. 7] (SECOND REQUEST)** |

1

SOUTHWEST SERVICE
ADMINISTRATORS INC,  a Tennessee
corporation; LOOMIS BENEFITS, INC., a
Nevada corporation; DOES 1-10, inclusive; and
ROE CORPORATIONS 1-10, inclusive,

Defendants.

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN** Plaintiff
MEDARC, LLC, as Collection Agent for Jeffrey H. Mims, Trustee of the Liquidating Trust of
Revolution Monitoring, LLC, Revolution Monitoring Management, LLC, and Revolution
Neuromonitoring, LLC ("Plaintiff") and Defendants UMR, Inc., CARE Improvement Plus Group
Management, LLC, HealthPlan of Nevada Inc., and Sierra Health and Life Insurance Company,
Inc. (collectively "Defendants") (collectively "the Parties"), by and through their undersigned
counsel, to extend the deadline for Plaintiff to respond to Defendants' Motion to Dismiss
("Motion") (ECF No. 7) by an additional seven (7) days from March 26, 2021 to April 2, 2021.
The Motion was filed on February 26, 2021.  This is the second stipulation for an extension of time
to respond to the Motion.  This request is not intended to cause delay or prejudice any party.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and between the Parties
that the time for Plaintiff to respond to Defendants' Motion to Dismiss is extended to April 2, 2021.

///

///

///

///

///

///

Dated this 25th day of March, 2021.

**ALDRICH LAW FIRM, LTD.**

/s/ John P. Aldrich
John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
7866 West Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 853-5490
Facsimile:  (702) 227-1975
*Attorneys for Plaintiff*

Dated this 25th day of March, 2021.

**FIGARI & DAVENPORT, LLP**

/s/ Amber D. Reece
Andrew G. Jubinsky (admitted pro hac vice)
Texas Bar No. 11043000
Don Colleluori (admitted pro hac vice)
Texas Bar No. 4581950
Amber D. Reece (admitted pro hac vice)
Texas Bar No. 24079892
901 Main Street, Suite 3400
Dallas, TX 75202
(214) 939-2000

Ryan T. Gormley
Nevada Bar No. 13494
WEINBERG, WHEELER, HUDGINS, GUNN
& DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, NV 89118
(702) 938-3838

*Attorneys for Defendants UMR, Inc., Successor
to Commonwealth Administrators, LLC; CARE
Improvement Plus Group Management, LLC;
HealthPlan of Nevada Inc.; and Sierra Health
and Life Insurance Company, Inc.*

## **ORDER**

**IT IS SO ORDERED.**

Dated this  25  day of March, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Respectfully submitted by:

**ALDRICH LAW FIRM, LTD.**

<u>/s/ John P. Aldrich</u>
John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
7866 West Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*