John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 853-5490
Facsimile:  (702) 227-1975
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEDARC, LLC, as Collection Agent for Jeffrey H. Mims, Trustee of the Liquidating Trust of Revolution Monitoring, LLC, Revolution Monitoring Management, LLC, and Revolution Neuromonitoring, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UMR, INC. SUCCESSOR TO COMMONWEALTH ADMINISTRATORS, LLC, a Wisconsin limited liability company; WPS, a Wisconsin corporation; CARE IMPROVEMENT PLUS GROUP MANAGEMENT, LLC, a Texas limited liability company; TRIWEST HEALTHCARE ALLIANCE CORP., an Arizona corporation; CULINARY HEALTH FUND ADMINISTRATIVE SERVICES, LLC, a Nevada limited liability company; BOON-CHAPMAN BENEFIT ADMINISTRATORS, INC., a Texas corporation; HEALTH PLAN OF NEVADA INC., a Nevada corporation; SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC., a Nevada corporation; TEACHERS HEALTH TRUST, a Nevada corporation; TELLIGEN INC, an Iowa corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT HEALTH AND WELFARE TRUST, a Nevada corporation; | CASE NO.: 2:21-cv-00286-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS [ECF NO. 26] (FIRST REQUEST)** |

1

|   |   |
|---|---|
| 1 | SOUTHWEST SERVICE ADMINISTRATORS INC, a Tennessee corporation; LOOMIS BENEFITS, INC., a Nevada corporation; DOES 1-10, inclusive; and ROE CORPORATIONS 1-10, inclusive, |
| 2 | |
| 3 | |
| 4 | Defendants. |

5

6       **IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN** Plaintiff

7 MEDARC, LLC, as Collection Agent for Jeffrey H. Mims, Trustee of the Liquidating Trust of

8 Revolution Monitoring, LLC, Revolution Monitoring Management, LLC, and Revolution

9 Neuromonitoring, LLC ("Plaintiff") and Defendant Culinary Health Fund Administrative Services,

10 LLC ("Defendant") (collectively "the Parties"), by and through their undersigned counsel, to extend

11 the deadline for Plaintiff to respond to Defendant's Motion to Dismiss ("Motion") (ECF No. 26)

12 by an additional fourteen (14) days from March 29, 2021 to April 12, 2021.  The Motion was filed

13 on March 15, 2021.  This is the first stipulation for an extension of time to respond to the Motion.

14 This request is not intended to cause delay or prejudice any party.

15       **NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and between the Parties

16 that the time for Plaintiff to respond to Defendant's Motion to Dismiss (ECF No. 26) is extended

17 to April 12, 2021.

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24

| | |
|---|---|
| Dated this 26th day of March, 2021. | Dated this 26th day of March, 2021. |
| **ALDRICH LAW FIRM, LTD.** | **BROWNSTEIN HYATT FARBER SCHRECK, LLP** |
| /s/ John P. Aldrich<br>John P. Aldrich, Esq.<br>Nevada Bar No. 6877<br>Catherine Hernandez, Esq.<br>Nevada Bar No. 8410<br>7866 West Sahara Avenue<br>Las Vegas, NV 89117<br>Telephone: (702) 853-5490<br>Facsimile:  (702) 227-1975<br>*Attorneys for Plaintiff* | /s/ William D. Nobriga<br>Bryce C. Loveland, Esq.<br>Nevada Bar No. 10132<br>William D. Nobriga, Esq.<br>Nevada Bar No. 14931<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106<br>Telephone: 702.382.2101<br>Facsimile: 702.382.8135<br>*Attorneys for Defendant, Culinary Health Fund Administrative Services, LLC* |

**ORDER**

**IT IS SO ORDERED.**

Dated this   29   day of March, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Respectfully submitted by:

**ALDRICH LAW FIRM, LTD.**

/s/ John P. Aldrich
John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
7866 West Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*