John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 853-5490
Facsimile:  (702) 227-1975
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MEDARC, LLC, as Collection Agent for Jeffrey H. Mims, Trustee of the Liquidating Trust of Revolution Monitoring, LLC, Revolution Monitoring Management, LLC, and Revolution Neuromonitoring, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UMR, INC. SUCCESSOR TO COMMONWEALTH ADMINISTRATORS, LLC, a Wisconsin limited liability company; WPS, a Wisconsin corporation; CARE IMPROVEMENT PLUS GROUP MANAGEMENT, LLC, a Texas limited liability company; TRIWEST HEALTHCARE ALLIANCE CORP., an Arizona corporation; CULINARY HEALTH FUND ADMINISTRATIVE SERVICES, LLC, a Nevada limited liability company; BOON-CHAPMAN BENEFIT ADMINISTRATORS, INC., a Texas corporation; HEALTH PLAN OF NEVADA INC., a Nevada corporation; SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC., a Nevada corporation; TEACHERS HEALTH TRUST, a Nevada corporation; TELLIGEN INC, an Iowa corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT HEALTH AND WELFARE TRUST, a Nevada corporation; | CASE NO.: 2:21-cv-00286-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS [ECF NO. 26] (SECOND REQUEST)** |

1

|   |   |
|---|---|
| 1 | SOUTHWEST SERVICE ADMINISTRATORS INC, a Tennessee corporation; LOOMIS BENEFITS, INC., a Nevada corporation; DOES 1-10, inclusive; and ROE CORPORATIONS 1-10, inclusive, |
| 2 | |
| 3 | |
| 4 | Defendants. |

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN** Plaintiff MEDARC, LLC, as Collection Agent for Jeffrey H. Mims, Trustee of the Liquidating Trust of Revolution Monitoring, LLC, Revolution Monitoring Management, LLC, and Revolution Neuromonitoring, LLC ("Plaintiff") and Defendant Culinary Health Fund Administrative Services, LLC ("Defendant") (collectively "the Parties"), by and through their undersigned counsel, to extend the deadline for Plaintiff to respond to Defendant's Motion to Dismiss ("Motion") (ECF No. 26). The current deadline for Plaintiff's Response is April 12, 2021. On April 1, 2021, counsel for Plaintiff filed a Motion to Withdraw as Attorney of Record. Undersigned counsel stipulates to extend the deadline for Plaintiff's Response to the Motion until two weeks after Plaintiff has retained new counsel, or by April 30, 2021, whichever is sooner. This is the second stipulation for an extension of time to respond to the Motion. This request is not intended to cause delay or prejudice any party.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and between the Parties that the time for Plaintiff to respond to Defendants' Motion to Dismiss is extended to two weeks after Plaintiff has retained new counsel, or by April 30, 2021, whichever is sooner.

///

///

///

| | |
|---|---|
| Dated this 12th day of April, 2021. | Dated this 12th day of April, 2021. |
| **ALDRICH LAW FIRM, LTD.** | **BROWNSTEIN HYATT FARBER SCHRECK, LLP** |
| /s/ John P. Aldrich<br>John P. Aldrich, Esq.<br>Nevada Bar No. 6877<br>Catherine Hernandez, Esq.<br>Nevada Bar No. 8410<br>7866 West Sahara Avenue<br>Las Vegas, NV 89117<br>Telephone: (702) 853-5490<br>Facsimile: (702) 227-1975<br>*Attorneys for Plaintiff* | /s/ William D. Nobriga<br>Bryce C. Loveland, Esq.<br>Nevada Bar No. 10132<br>William D. Nobriga, Esq.<br>Nevada Bar No. 14931<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106<br>Telephone: 702.382.2101<br>Facsimile: 702.382.8135<br>*Attorneys for Defendant, Culinary Health Fund Administrative Services, LLC* |

**ORDER**

**IT IS SO ORDERED.**

Dated this __12__ day of April, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Respectfully submitted by:

**ALDRICH LAW FIRM, LTD.**

/s/ John P. Aldrich
John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
7866 West Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

3