UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEDARC, LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>UMR, INC., et al.,<br><br>    Defendant(s). | Case No.: 2:21-cv-00286-APG-NJK<br><br>**Order**<br><br>[Docket No. 41] |

Pending before the Court is a motion for attorneys Catherine Hernandez and John Aldrich to withdraw as counsel for Plaintiff. Docket No. 41. For good cause shown, the motion is **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket to reflect that Plaintiff has the following address and contact information:

    MedARC, LLC
    Attn: Russ Lambert
    P.O. Box 679910
    Dallas, TX 75065-2976
    Russ@lamberttxlaw.com
    (214) 734-0426

*See* Docket No. 41-1 at 2.

In addition, corporations are not permitted to proceed *pro se*. *See United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Plaintiff is **ORDERED** to file, by May 20, 2021, a notice of appearance by new counsel. **FAILURE TO COMPLY WITH THIS**

**ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

    IT IS SO ORDERED.

    Dated: April 20, 2021

_____
Nancy J. Koppe
United States Magistrate Judge