# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MEDARC, LLC,

    Plaintiff,

v.

UMR, INC., et al.,

    Defendant.

Case No. 2:21-cv-00286-GMN-NJK

**ORDER**

[Docket No. 47]

Pending before the Court is Plaintiff's motion to extend the time to file a notice of appearance by new counsel. Docket No. 47. For good cause shown, the Court **GRANTS** Plaintiff's motion. No later than June 10, 2021, new counsel for Plaintiff must file a notice of appearance.

IT IS SO ORDERED.

DATED: May 20, 2021

_____
Nancy J. Koppe
United States Magistrate Judge