UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEDARC, LLC,<br>As Collection Agent on behalf of<br>Jeffrey H. Mims,<br><br>              Plaintiff,<br><br>vs.<br><br>BOON-CHAPMAN BENEFIT<br>ADMINISTRATORS, INC., *et al.*,<br><br>              Defendants. | Case No.: 2:21-cv-00286-GMN-NJK<br><br>**ORDER OF DISMISSAL PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Plaintiffs Christina Hasty and Charles Hasty have failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service as to Defendants Boon-Chapman Benefit Administrators, Inc., Teachers Health Trust, Telligen Inc., and Southwest Service Administrators Inc., pursuant to Fed. R. Civ. P. 4(m).

**IT IS THEREFORE ORDERED** that the action is hereby **DISMISSED without prejudice** as to Defendants Boon-Chapman Benefit Administrators, Inc., Teachers Health Trust, Telligen Inc., and Southwest Service Administrators Inc.

**DATED** this   21   day of July, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court