# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MEDARC, LLC, | ) |
|         Plaintiff, | )    Case No.: 2:21-cv-00286-GMN-NJK |
| vs. | ) |
| | )    **ORDER** |
| UMR, INC., *et al.*, | ) |
|         Defendants. | ) |

Pending before the Court is the Report and Recommendation, (ECF No. 56), of United States Magistrate Judge Nancy J. Koppe, which states that this case should be dismissed.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* Min. Order, ECF No. 56) (setting an August 30, 2021, deadline for objections).

///

///

1  Accordingly,

2  **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 56), is
3  **ADOPTED** in full.

4  **IT IS FURTHER ORDERED** that this case is **DISMISSED without prejudice**.

5  **IT IS FURTHER ORDERED** that Defendant Las Vegas Metropolitan Police
6  Department Health and Welfare Trust's Motions for Judgment on the Pleadings, (ECF Nos. 53
7  and 54), are **DENIED as moot**.

8  The Clerk is instructed to close the case.

9  Dated this  31  day of August, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court